UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK L. HYMON,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>　　　　　Defendants | Case No. 2:23-cv-01918-APG-MDC<br><br>**ORDER** |

According to the Clark County Detention Center inmate database, Plaintiff is no longer at the address listed with the Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. The Court will give Plaintiff until **September 20, 2024**, to file his updated address. If Plaintiff fails to file his updated address by this deadline, this case will be subject to dismissal without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the Court on or before **September 20, 2024**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

DATED THIS 21st day of August 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE